[No. 35831-6-I.    Division One.    August 5, 1996.]

PAUL E. BUSHEY, ET AL., *Respondents*, v. CROWN
PLAZA CORPORATION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-01391-4, David A. Nichols, J., entered December 1, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

[No. 35869-3-I.    Division One.    August 5, 1996.]

D.E. GOODRICH, *Appellant*, v. THE CITY OF
ANACORTES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 91-2-00222-6, Larry E. McKeeman, J., entered December 9, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.

[No. 35970-3-I.    Division One.    August 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
F. MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05911-1, James A. Noe, J., entered January 17, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Cox, J.

[No. 36007-8-I.    Division One.    August 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY
DAULTON JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00812-3, Joseph A. Thibodeau, J., entered January 12, 1996. *Affirmed in part* and *remanded in part* by unpublished opinion per Coleman, J., concurred in by Webster and Ellington, JJ.